Jamaica Seven, LLC v Byfield (2020 NY Slip Op 50751(U))

[*1]

Jamaica Seven, LLC v Byfield

2020 NY Slip Op 50751(U) [67 Misc 3d 144(A)]

Decided on June 26, 2020

Appellate Term, Second Department

Published by New York State Law Reporting
Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 26, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., BERNICE D. SIEGAL, WAVNY
TOUSSAINT, JJ

2018-2218 Q C

Jamaica Seven, LLC, Appellant, 
against
Megan Byfield, Respondent. 

Curtis Harger, Esq., for appellant.
Megan Byfield, respondent pro se (no brief filed).

Appeal, on the ground of inadequacy, from a judgment of the Civil Court of the City
of New York, Queens County (Tracy A. Catapano-Fox, J.), entered January 17, 2018.
The judgment, after a nonjury trial, awarded plaintiff the principal sum of $2,998.

ORDERED that the judgment is affirmed, without costs.
Plaintiff commenced this small claims action to recover use and occupancy and other
sums from defendant, its former tenant, who had been evicted from her apartment after a
holdover summary proceeding. After a trial, the Civil Court awarded plaintiff $2,998,
representing use and occupancy for June and July of 2017. Plaintiff appeals, on the
ground of inadequacy, arguing that the court should have awarded use and occupancy for
May of 2017 as well.
In a small claims action, our review is limited to a determination of whether
"substantial justice has . . . been done between the parties according to the rules and
principles of substantive law" (CCA 1807; see CCA 1804; Ross v
Friedman, 269 AD2d 584 [2000]; Williams v Roper, 269 AD2d 125 [2000]).
Limiting our review to the arguments before us, we find no basis in the record to disturb
the Civil Court's determination, and conclude that the judgment thus rendered substantial
justice between the parties (see CCA 1804, 1807).
Accordingly, the judgment is affirmed.
ALIOTTA, P.J., SIEGAL and TOUSSAINT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: June 26, 2020